*E-FILED: July 2, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY JIMENEZ ET AL., | No. C12-05469 HRL |
| Plaintiffs, | **ORDER** |
| v. | |
| CUSTOM SPRAY SYSTEMS, INC., | |
| Defendant. _____/ | |

At the Case Management Conference held on January 15, 2013, the parties in this case reported that settlement discussions were underway and that they expected to settle the case within 60 days. For that reason, the parties did not select a method of ADR. In the Case Management Order dated January 16, 2013 (Dkt. 16), the Court directed the parties to select a method of ADR no later than March 15, 2013, if the case had not settled by that date. As the parties have not yet submitted a stipulation selecting an ADR process or a stipulation for dismissal, the parties are directed to file either forthwith.

**IT IS SO ORDERED.**

Dated: July 2, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-05469 Order will be electronically mailed to:**

Dennis B. Cook dcook@cookbrown.com, ljohnston@cookbrown.com, rhofsdal@cookbrown.com

Sue Campbell suecampbell@att.net, lawoffice@att.net, sue@campbelltrustlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2