*E-Filed: August 5, 2014*

Richard K. Grosboll, State Bar No. 099729
Benjamin K. Lunch, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104
Tel.    (415) 677-9440
Fax    (415) 677-9445
Email: blunch@neyhartlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY JIMENEZ AND CHET O'DONNELL AS TRUSTEES OF THE VALLEY MORTAR TRADES HOLDING TRUST FUND FOR PLASTERERS LOCAL 300,<br><br>                            Plaintiffs,<br><br>           v.<br><br>CUSTOM SPRAY SYSTEMS, INC.,<br><br>                            Defendants. | Case No.    12-cv-05469 HRL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,  OR IN THE ALTERNATIVE, PERMISSION TO APPEAR BY PHONE; [PROPOSED] ORDER**<br><br>Judge:     Hon. Howard R. Lloyd |

STIPULATION

WHEREAS, a case management conference in the above-titled case has been set for August 5, 2014, at 1:30 p.m. before the Honorable Howard R. Lloyd in the Northern District of California;

WHEREAS, the above-titled case is an ERISA collection case, and the parties have just reached an agreement under which Plaintiffs will not pursue further proceedings in the case until

---

after August 31, 2014, to provide Defendant time to obtain the final payment required under a settlement agreement;

WHEREAS, a case management conference under the circumstances would be a poor use of the Court and the parties' time and resources;

WHEREAS, the parties are in agreement that a 90 day continuation of the case management conference is in the best interests of the Court and the parties;

The parties, by and through their counsel, hereby stipulate to continue the case management conference by 90 days.

IN THE ALTERNATIVE, counsel requests the ability to appear by phone at the case management conference, as both counsel's offices are a considerable distance from San Jose.

WE AGREE TO THE ABOVE

Dated: August 4, 2014                           NEYHART, ANDERSON, FLYNN & GROSBOLL


/s/ Benjamin K. Lunch
BENJAMIN K. LUNCH, Attorney for Plaintiffs


Dated: August 4, 2014                           COOK BROWN


/s/ Terry A. Wills
TERRY A. WILLS Attorney for Defendant

1 [~~PROPOSED~~] ORDER

2  Having considered the parties' stipulation ~~to continue the deadline for filing motions for summary judgment~~, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the August 5, 2014 case management conference is hereby continued ~~by 90 days~~. to November 4, 2014 at 1:30 p.m.

9  Dated: _August 5, 2014_____

HON. HOWARD R. LLOYD
U.S. DISTRICT COURT JUDGE